## VIOLATION WORKSHEET

1.  Defendant      Kuo Chung Wei

2.  Docket Number (Year-Sequence-Defendant No.)      CR 07-00023

3.  District/Office      0994/1

4.  Original Sentence Date      01 / 15 / 03
                                month   day   year

(If different than above):

5.  Original District/Office      0993/1

6.  Original Docket Number (Year-Sequence-Defendant No.)      01-00023-002

7.  List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| ● Arrested for distribution of a controlled substance. (April 5, 2007) | A |
| ● Possession of a controlled substance. | A |
| ● Failure to remain outside the United States and not enter without the permission of the U.S. Attorney General. | C |

8.  Most Serious Grade of Violation (see §7B1.1(b))      A

9.  Criminal History Category (see §7B1.4(a))      I

10. Range of Imprisonment (see §7B1.4(a))      24-30   months

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[ ]  (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ]  (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[X]  (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to:  United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002.**

Defendant:    **Kuo Chung Wei**

12.    **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

| | | | |
|---|---|---|---|
| Restitution ($) | N/A | Community Confinement | N/A |
| Fine ($) | N/A | Home Detention | N/A |
| Other | 400 hours community service | Intermittent Confinement | N/A |

13.    **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

Term: _____ to _____ years.

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

Period of supervised release to be served following release from imprisonment:    30-36 months

14.    **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

None.

15.    **Official Detention Adjustment** (see §7B1.3(e)):    4    months    13    days

**Mail documents to:  United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002.**