✤AO 442  (Rev. 5/93) Warrant for Arrest

ORIGINAL

# United States District Court

District of the Northern Mariana Islands

FILED
Clerk
District Court

SEP 18 2007

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

UNITED STATES OF AMERICA

V.

KUO-CHUNG WEI

**WARRANT FOR ARREST**

CASE NUMBER:  CR 07-00023-001

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____KUO-CHUNG WEI_____
                                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☑ Probation Violation Petition

charging him or her with  (brief description of offense)

| Violation No. | Nature of Noncompliance |
|---|---|
| Mandatory Condition #1 | Failure to refrain from committing another federal, state, or local crime; |
| Mandatory Condition #2 | Failure to refrain from possessing an illegal controlled substance; |
| Special Condition #3 | Failure to remain outside the United States and not re-enter without the permission of the U.S. Attorney General. |

in violation of Title ____18____ United States Code, Section(s) ____3583(d)____

| Alex R. Munson | Chief Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | September 17, 2007    Garapan, Saipan |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ **NO BAIL**      by  Honorable, Alex R. Munson, Chief Judge
                                                                       Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _USDC NMI, Garapan Saipan_

| DATE RECEIVED 09-18-07 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert CIDUSM #3076 D/NMI USMS | SIGNATURE OF ARRESTING OFFICER /s/ |
|---|---|---|
| DATE OF ARREST 09-18-07 | | |