UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR- 07-00023-001                                                    September 18, 2007
                                                                                 9:05 a.m.

**UNITED STATES OF AMERICA -v- WEI, KUO CHUNG**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
                   SANAE SHMULL, Court Reporter
                   TINA MATSUNAGA, Courtroom Deputy
                   CRAIG MOORE, Assistant U. S. Attorney
                   LOREN A. SUTTON, Counsel for Defendant
                   WEI, KUO CHUNG, Defendant

PROCEEDING:   REVOCATION HEARING

Defendant was present with his counsel, Attorney Loren A. Sutton and his interpreter, Dennis Tse. Government by Craig Moore, AUSA. Also present was U.S. Probation Officer, Margarita Dlg. Wonenberg.

Court took up matters regarding revocation hearing in CR-07-00023.

Attorney Sutton moved to continue both hearings.

Court granted defendant's Motion to Continue. The Court continued the Sentencing hearing in CR-07-00013 and the Revocation hearing in CR-07-00023 to Tuesday, September 25, 2007 at 9:00 a.m.

Court remanded the defendant back into the custody of the U.S. Marshal.

Adj. 9:30 a.m.

/s/ Tina P. Matsunaga, Courtroom Deputy