# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

*********************************************************************************

CR- 07-00023-001                                              September 24, 2007
                                                              2:20 p.m.


### UNITED STATES OF AMERICA -v- WEI, KUO CHUNG


PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           MICHELLE MACARANAS, Deputy Clerk
           CRAIG MOORE, Assistant U. S. Attorney
           LOREN A. SUTTON, Counsel for Defendant
           WEI, KUO CHUNG, Defendant


PROCEEDING:   REVOCATION HEARING

Defendant was present with his counsel, Attorney Loren A. Sutton and his interpreter, Dennis Tse. Government by Craig Moore, AUSA. Also present was U.S. Probation Officer, Margarita Dlg. Wonenberg.

This matter was continued to October 24, 2007 at 9:00 a.m.

Court remanded the defendant back into the custody of the U.S. Marshal.

                                                              Adj. 2:25 p.m.

                                                              /s/ Michelle Macaranas, Deputy Clerk