UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR- 07-00023-001                                              October 24, 2007
                                                              9:05 a.m.

**UNITED STATES OF AMERICA -v- WEI, KUO CHUNG**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           LYNN LEMIEUX, Courtroom Deputy
           CRAIG MOORE, Assistant U. S. Attorney
           LOREN A. SUTTON, Counsel for Defendant
           WEI, KUO CHUNG, Defendant

PROCEEDING:     REVOCATION HEARING

Defendant was present with his counsel, Attorney Loren A. Sutton and his interpreter, Dennis Tse. Government by Craig Moore, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

Defendant admitted his violations.

Government stated that this defendant should be revoked and that the sentence should be and imprisonment of 27 months. Attorney Sutton recommends a revocation and a sentence at the low end of the guidelines.

Court, after hearing argument, ordered that Kuo Chung Wei's supervised release be **REVOKED** pursuant to 18 U.S.C. §3583(g)(1) and §7B1.3(a)(2a) and sentenced him to a term of **imprisonment of 27 months**. The revocation imprisonment term shall be served consecutive to the sentence imposed in CR-07-00013-001, pursuant to U.S.S.G. §7B 1.3(f). Court made the following recommendation: While in prison, the defendant shall participate in a drug treatment program approved by the Bureau of Prisons. Further, Court ordered that upon release from imprisonment, the defendant would be placed on supervised release for a term of 33 months with the following conditions:
1. Pursuant to 18 U.S.C. §3583(d), the defendant shall be delivered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. § 1101 Et Seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside the United States, and all of it's territories or possessions including the Commonwealth of the Northern Mariana Islands, and shall not re-enter without the

permission of the U.S. Attorney General. If deportation fails to occur and the defendant is released from confinement pending further immigration proceedings, he shall immediately report to the U.S. Probation Office to begin his term of supervised release;

2. That the defendant shall obey all federal, state and local laws;

3. That the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission;

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the U.S. Probation Office;

5. That the defendant shall participate in a substance abuse treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall also make a co-payment for treatment at a rate to be determined by the U.S. Probation Office;

6. That the defendant shall refrain from the use of alcohol and submit to testing;

7. That the defendant shall obtain and maintain gainful employment and;

8. That the defendant shall perform an additional 300 hours of community service under the direction of the U.S. Probation Office.

    Defendant was advised that he had ten days in which to make an appeal on this sentencing. Further, he was advised, that if he could not afford counsel, that court would appoint counsel for his defense.

    Court remanded the defendant back into the custody of the U.S. Marshal.

    Adj. 9:20 a.m.

    /s/ Lynn Lemieux, Courtroom Deputy