F I L E D
Clerk
District Court

OCT 24 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Loren A. Sutton
Law Office of Loren A. Sutton
Summer Holiday Hotel, Ste 7101
P.O. Box 5593 CHRB
Saipan MP 96950
Ph: (670) 235 8065
Fax: (670) 235 8069
e-mail: lorensutton@hotmail.com

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07-00013-001 |
| Plaintiff, ) | 07-00023-001 |
| vs. ) | NOTICE OF APPEAL |
| WEI, KUO CHUNG, a/k/a JOHN WEI, ) | |
| Defendant ) | |

COMES NOW, Loren A. Sutton, appointed counsel for the Defendant herein and hereby notices the Court that the Defendant wishes to appeal his sentencing in the above entitled case.

The Court is noticed further that the Defendant is indigent and requests the Court to appoint counsel to represent him in said appeal. Present counsel respectfully declines further representation of the Defendant.

Respectfully submitted on this 24th day of October 2007.

_____
Loren A. Sutton (F0179)

ORIGINAL

-1-